**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:   AMANDA A MULLEN | ) | Case No. 24 B 00023 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

  **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for February 29, 2024 10:00 am, for the following:

Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out: Part #2.3 uncheck 1st box and check 3rd box for trustee's preferred tax language.

  **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: February 15, 2024                                                            /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   AMANDA A MULLEN | ) | Case No. 24 B 00023 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| CUTLER & ASSOC<br>*Attorney for Debtor* | (via CM/ECF) |
| Patrick Layng<br>United States Trustee | (via CM/ECF) |
| AMANDA A MULLEN<br>2200 PROGRESS PKWY #160<br>SCHAUMBURG, IL 60173<br>*Debtor* | (via U.S. Postal Service) |

Dated: February 15, 2024

/s/ Emily Baez

Emily Baez
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900